E-FILED
Wednesday, 19 April, 2017 04:17:28 PM
Clerk, U.S. District Court, ILCD

| | |
|---|---|
| Micheal W. Gragg | ) United States District Court |
| -V- | ) Central District of Illinois |
| Helping Hands of | ) |
| Springfield | Case No.: 17-3108 |
| Defendant, | ) |

FILED
APR 19 2017
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Complaint

I'm typing this complaint against Helping Hands of Springfield which falls under Title 2 of the ADA prohibits housing, hotels, homeless shelters to deny reasonable accommodations against handicapped sex, creed, or color 1.)which on April 7, I was trying to arrange a bed for my husband whom has Acute Stage 3 Kidney Failure, totally blind & has a history of low hemoglobin & has a fractured jaw through due to falling a month ago. I talked to Sara Becker the director of payee services about Micheal coming in to shelter to be housed & for me to be there to assist him since he has several disabilities which will be furnished along with this complaint Ms. Becker informed me that there was no female beds available however, if there was Micheal could not come into shelter for the fact that he has multiple disabilities & her words that we are not a medical facility & cannot house him I informed her that's against his ADA rights she totally ignored what I said & said that's our rules and what we are following by & I said I'll sue you I have attempted to go to other social service agencies due to the

*result of Micheal not being able to enter shelter Capitol Township refused to pay the deposit for rent in result of this we lost an apartment Micheal has been sleeping behind Second Timothy Church literally because no shelter will house him & the result of Ms. Becker's actions put Micheal in risk of catching infection due to the environment & In & out of hospitals for the past 1 month he's been in & out of hospitals He was good enough to stay @ the SOS Overflow shelter that was run by Helping Hands but he cannot go into Helping Hands due to the fact that he needs some assistance. Mr. Micheal Gragg is capable of taking care of his well being but needs to be monitored since he broke his jaw & suffering from loss of blood from bleeding internally we pray to the courts for the sum of 75,000 due to the fact of Micheal's suffering & the elements of the outside & in & out of the hospital & he takes dialysis 3 x a week & needs a stable place to be picked up for treatment due to the fact of Helping Hands harsh discrimination Micheal cannot get to his appointments on time & in & out of the hospital. So we ask for:*

1) *The sum of 75,000*
2) *An assurance that this will never happen to another disabled blind person,*
3) *A letter of apology from Sara stating why Micheal could not enter into Helping Hands*
4) *For their rules of housing to be looked @ and changed when it comes to the disabled.*

*775ILCS 5/1-102 (from Ch.68, Par.1-102)*

*A) Freedom form Unlawful Discrimination to secure for individuals within Illinois the freedom from discrimination in regards to race, disabled, homeless creed.*

*B) Public Health welfare & safety. To promote the public health, welfare, & safety by protecting the interest of all people in Illinois maintaining personal dignity, in realizing their full productive capacities & in furthering their interests, rights, & privileges as citizens of this state.*

*(775 ILCS 45/10)*

*The right for homeless or disabled people to not be discriminated against in regards to shelter/housing/employment.*

*Title II Public Accommodations*

*(1) Places of lodging, hotels, shelters, apartments, housing to disclose condominiums a right for the disabled to be able to live anywhere & free from discrimination. \|*

***We pray upon the court to grant us the relief we are seeking under title II of the ADA***

***Micheal W. Gragg,***

***Date:*** Apr. 19, 2017

***Notary Public Seal:***

OFFICIAL SEAL
DAWN MONTGOMERY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 10/27/19

***Notary Public Signature:*** Dawn Montgomery

***Date:*** APR 19 2017

SIU MEDICINE
FORWARD. FOR YOU.

SIU Center for Family Medicine - Springfield
520 N. 4th Street
Springfield, IL 62702-5238
Phone: 217.545.8000
Fax: 217.545.5806

*Federally Qualified Health Center* | *Family Medicine Residency & Physician Assistant Training Programs* | *Patient Centered Medical Home*

Apr 18 2017

MICHAEL W GRAGG
1023 E WASHINGTON ST
SPRINGFIELD, IL 62703-1047

To Whom it May concern:

The above-named patient is currently under my care. He is chronically homeless, and requires assistance with housing. He additionally is legally blind, has chronic kidney disease which requires dialysis 3 times weekly. He additionally has a history of hypertension, coronary artery disease, chronic anemia due to chronic disease. If you have any questions or concerns, please do not hesitate to call our office at 217-545-8000.

Kind Regards,

Solmaz Bauk, MD

Electronically signed by:SOLMAZ BAUK (SIU) M.D. Apr 18 2017 1:30PM CST